# Court of Appeals
# of the State of Georgia

ATLANTA, March 17, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0274. MARK JULIAN KERLIN v. ANGELA REAVES-PHAMS et al.

Mark Kerlin, who is currently incarcerated, filed a civil action which the trial court dismissed on December 12, 2024. On January 16, 2025, Kerlin filed an application for discretionary review in the Supreme Court of Georgia to challenge the trial court's order. Finding no basis for exercising its jurisdiction, the Supreme Court transferred the appeal to this Court. See Case No. S25D0621 (Feb. 13, 2025). We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Kerlin's application was filed 35 days after entry of the dismissal order. As such, it is untimely.

Accordingly, we lack jurisdiction to consider this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/17/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*